UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLINE DE LA CRUZ,** | : | Civil No. 1:22-CV-1049 |
| **Plaintiff** | : | |
| v. | : | |
| **CAROLYN COLVIN,**[1] | : | (Magistrate Judge Carlson) |
| **Acting Commissioner of Social Security,** | : | |
| **Defendant** | : | |

# ORDER

**AND NOW**, this 21st day of January 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Carolyn Colvin is currently serving as the Acting Commissioner of Social Security. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Carolyn Colvin is substituted as the defendant in this suit.